[No. 57835-9-I. Division One. April 30, 2007.]

DAWN A. LANO, *Respondent*, v. TODD R. HODGEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-2-00191-3, James H. Allendoerfer, J., entered March 3, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57946-1-I. Division One. April 30, 2007.]

*In the Matter of the Marriage of* LAURENCE ETHAN JOHNSON, *Respondent*, and SAMANTHA JULIA RYDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-05881-5, Richard A. Jones, J., and Stephen M. Gaddis and Bonnie Canada-Thurston, JJ. Pro Tem., entered December 9, 2005, March 9, June 22, and September 8, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58269-1-I. Division One. April 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACK SCOTT BARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-05208-4, Carol A. Schapira, J., entered May 3, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58282-8-I. Division One. April 30, 2007.]

JIM HENCHES, *Appellant*, v. BENJAMIN TAYLOR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-02495-0, William L. Downing, J., entered May 5, 2006. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler, A.C.J., and Baker, J.